# United States District Court

__Northern__  DISTRICT OF __California__

ALLTEL COMMUNICATIONS PRODUCTS, INC.,
an Ohio corporation

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

STARS & STRIPES TELECOM, INC.
a California corporation

C02-01387

E-filing   RS   RMW

**TO:** (Name and address of defendant)
Stars & Stripes Telecom, Inc.
1373 South Bascom Avenue
San Jose, CA  95128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon I. Endow, Esq.
Jeremy W. Katz, Esq.
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA  94111
Tel: (415) 986-5900
Fax: (415) 986-8054

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk of the U.S. District Court
280 S. 1st St., #2112, San Jose, CA

RICHARD W WIEKING                                  March 21, 2002
CLERK                                              DATE

_/s/ Leyva F. Castillo_
(BY) DEPUTY CLERK

AO-440

EXHIBIT "A"

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE March 21, 2002 @ 1:55 pm |
|---|---|
| Service of the Summons and Complaint was made by me [1] Civil Cover Sheet &court accompanied documents | |
| NAME OF SERVER (PRINT) W. R. Bignall, SF #136 | TITLE California Registered Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: at place of business. Stars & Stripes Telecom, Inc., by serving Corey Rodrigues o/b/o @ 1373 South Bascom Avenue, San Jose, CA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 123 @ 45¢/ea = $55.35 | SERVICES $85.00 | TOTAL 140.35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 21, 2002
                  Date

Signature of Server   W. R. Bignall, SF #136
DO PROCESS, INC.
2215-R Market Street
San Francisco, CA 94114
Address of Server   (415) 541-8585

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service of Process:

<u>5:02-cv-01387</u>

Notice of Electronic Filing

The following transaction was received from Katz, Jeremy W. on 3/25/2002 at 2:15 PM PST

**Case Name:**
**Case Number:**      <u>5:02-cv-01387</u>
**Document Number:** <u>3</u>

**Docket Text:**
SUMMONS Returned Executed, by Alltel Communications Products, Inc.. Stars & Stripes Telecom, Inc. (Katz, Jeremy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:/WINNT/Desktop/02-01387.com
**Electronic document Stamp:**
[STAMP candStamp_ID=977336130 [Date=3/25/2002] [FileNumber=256411-0] [ 32dc9f0b79eea14337c55315e8a6c76597776c2f89225a381f8e650b3e4b6e0b6844dd d3943426e7c801e9d72654e8d9ef32807b9146529d4ba370434e0c0e20]]

**5:02-cv-01387 Notice will be electronically mailed to:**

Jeremy W. Katz    jkatz@gordonrees.com

**5:02-cv-01387 Notice will not be electronically mailed to:**

Gordon Endow
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?808669061889648            03/25/02