GORDON I. ENDOW, ESQ. (SBN: 099638)
JEREMY W. KATZ, ESQ. (SBN: 119418)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:(415) 986-5900
Facsimile:(415) 986-8054

Attorneys for Plaintiff
ALLTEL COMMUNICATIONS PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLTEL COMMUNICATIONS PRODUCTS, INC., a Ohio Corporation<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STARS & STRIPES TELECOM, INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO.  C02-01387 RMW RS<br><br>**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT:

1.　　Please enter a default judgment in the amount of $100,603.73 in favor of plaintiff AllTel Communications Products, Inc. ("AllTel"), and against defendant Stars & Stripes Telecom, Inc. ("Star & Stripes") for failure to appear. Stars & Stipes' default was entered on or about June 27, 2002.

2.　　This request is made pursuant to Fed. R. Civ. P. 55(b)(1), and is supported by the declaration of Jeremy W. Katz.

DATED: August 12, 2002

GORDON & REES LLP

By: _____
JEREMY W. KATZ
Attorneys for Plaintiff ALLTEL
COMMUNICATIONS PRODUCTS, INC.

-1-
APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK

GORDON I. ENDOW, ESQ. (SBN: 099638)
JEREMY W. KATZ, ESQ. (SBN: 119418)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:(415) 986-5900
Facsimile:(415) 986-8054

Attorneys for Plaintiff
ALLTEL COMMUNICATIONS PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLTEL COMMUNICATIONS PRODUCTS, INC., a Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>STARS & STRIPES TELECOM, INC., a California corporation,<br><br>Defendant. | CASE NO. C02-01387 RMW RS<br><br>**DECLARATION OF JEREMY W. KATZ IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** |

I, Jeremy W. Katz, declare:

1.  I am a partner with Gordon & Rees LLP, attorneys for plaintiff AllTel Communications Products, Inc. I have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would competently testify as to them.

2.  The complaint was filed March 21, 2002. The summons and complaint were served the same day. The complaint alleges breach of contract and common counts for money owed to the plaintiff because the defendant failed to pay for goods and services delivered and provided to the defendant from March 22, 2001, to January 8, 2002.

3.  The defendant's default was entered on June 27, 2002.

4.  As of March 21, 2001, the amount due and owing from the defendant to the plaintiff was $90,525.92. Late charges accrue at 1½% per month, and interest accrues at the

1 legal rate of 18% per annum. As of August 9, 2002, the total amount due and owing is
2 $100,603.73, including costs in the amount of $150.00.
3     I declare under penalty of perjury pursuant to the laws of the United States that the
4 forgoing is true and correct.
5     Executed this 12th day of August 2002, at San Francisco, California.

                                                                                   JEREMY W. KATZ

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

KATZ DECLARATION . IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

ALLT\1010266\334089.1

1  GORDON I. ENDOW, ESQ. (SBN: 099638)
   JEREMY W. KATZ, ESQ. (SBN: 119418)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone:(415) 986-5900
   Facsimile:(415) 986-8054
5
   Attorneys for Plaintiff
6  ALLTEL COMMUNICATIONS PRODUCTS, INC.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 ALLTEL COMMUNICATIONS PRODUCTS, )   CASE NO.  C02-01387 RMW RS
   INC., a Ohio Corporation         )
12                                  )   **PROOF OF SERVICE**
                          Plaintiff,)   **Re:  APPLICATION FOR ENTRY OF**
13                                  )   **DEFAULT JUDGEMENT BY CLERK**
                       v.           )
14                                  )
   STARS & STRIPES TELECOM, INC., a )
15 California corporation,          )
                                    )
16                        Defendant.)
                                    )
17 _____)

18

---

-1-
**PROOF OF SERVICE Re: ENTRY OF DEFAULT JUDGEMENT**

PROOF OF SERVICE
BY U. S. MAIL

Case No. : AllTel Communications Products, Inc. v. Stars & Stripes Telecom, Inc.
: C02-01387-RMW RS

The undersigned declares:

I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 275 Battery Street, 20th Floor, San Francisco, California.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On this date I served the within document(s):
**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK; DECLARATION OF JEREMY W. KATZ; and CLERK'S ENTRY OF DEFAULT JUDGEMENT (unexecuted copy)**

on the parties in said action as addressed below by causing a true copy thereof to be

**X** placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail;

__ delivered by hand;

__ telecopied by facsimile;

__ express mailed; (copy of FedEx air bill attached)

| | |
|---|---|
| Corey Rodriques<br>Stars & Stripes Telecom<br>1373 South Bascom Avenue<br>San Jose, CA 95128 | Dwight Wolfe<br>*Agent for Service of Process*<br>Stars & Stripes Telecom<br>1373 South Bascom Avenue<br>San Jose, CA 95128 |
| Greg S. Smith<br>*President*<br>Stars & Stripes Telecom<br>1373 South Bascom Avenue<br>San Jose, CA 95128 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2002, at San Francisco, California.

ANNA R. WELLS

-2-
PROOF OF SERVICE Re: ENTRY OF DEFAULT JUDGEMENT

GORDON I. ENDOW, ESQ. (SBN: 099638)
JEREMY W. KATZ, ESQ. (SBN: 119418)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:(415) 986-5900
Facsimile:(415) 986-8054

Attorneys for Plaintiff
ALLTEL COMMUNICATIONS PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLTEL COMMUNICATIONS PRODUCTS, INC., a Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>STARS & STRIPES TELECOM, INC., a California corporation,<br><br>Defendant. | CASE NO. C02-01387 RMW RS<br><br>**CLERK'S ENTRY OF DEFAULT JUDGEMENT** |

Upon Plaintiff's application for entry of default against Defendant for failure to answer or Otherwise respond to the complaint pursuant to the Federal Rules of Civil Procedure, and it appearing that the Defendant was served with the Application for Entry of Default Judgment by Clerk, and the Declaration of Jeremy W. Katz in support thereof,

IT IS HEREBY ORDERED, that plaintiff shall have judgment against defendant in the amount of $100,603.73, including $150.00 in costs, and that the judgment shall accrue interest at the federal legal rate.

DATED:

_____
CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

**CLERK'S ENTRY OF DEFAULT JUDGEMENT**